UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

SIXTO GUZMAN,

Plaintiff

v.

WASHOE COUNTY SHERIFF'S OFFICE, et al.,

Defendants

Case No. 3:19-cv-00426-MMD-WGC

ORDER

**I.  DISCUSSION**

On September 30, 2019, this Court issued an order dismissing Plaintiff's case without prejudice based on Plaintiff's failure to timely file a complete application to proceed *in forma pauperis* or pay the full filing fee by September 20, 2019 in compliance with this Court's August 21, 2019 order. (ECF No. 9.) Judgment was entered accordingly. (ECF No. 10.) Plaintiff now has filed a second incomplete application to proceed *in forma pauperis*. Despite the instructions in the Court's August 21, 2019 order, Plaintiff once again has not submitted an inmate account statement for the past six months with his second application to proceed *in forma pauperis.* (ECF No. 11.)

This case (3:19-cv-00426-MMD-WGC) is closed. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, Plaintiff must file a complete application to proceed *in forma pauperis* in a new case, on the correct form, and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff also must file a new complaint in that new case.

## II. CONCLUSION

It is ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 11) is denied as moot.

It is further ordered that, if Plaintiff chooses to file a new application to proceed *in forma pauperis*, Plaintiff shall file a complete application to proceed *in forma pauperis* in a new case and on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee). Plaintiff also must file a new complaint with any new application to proceed *in forma pauperis*.

It is further ordered that the Clerk of the Court send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that the Clerk of the Court send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED THIS 21st day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE